ILYA A. KOSTEN (SBN 173663)
RICHARD D. BREMER (SBN 199019)
SELMAN BREITMAN LLP
11766 Wilshire Boulevard, Sixth Floor
Los Angeles, CA  90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525
Email:  ikosten@selmanbreitman.com

JS-6

Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ASSOCIATION FOR RETARDED CITIZENS MID-CITIES, INC. AND DOES 1-10<br><br>Defendants. | CASE NO. CV11-10493 JGB(VBKx)<br><br>Hon. Jesus G. Bernal<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT IN THE EVENT OF DEFENDANT'S DEFAULT ON SETTLEMENT AGREEMENT** |

-1-
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE AND STIPULATION FOR ENTRY OF JUDGMENT

558226.1  1115.31188

**ORDER**

The Court, having reviewed and considered the stipulation of Plaintiff Liberty Mutual Insurance Company and Defendant Association for Retarded Citizens Mid-Cities, Inc. ("ARC") for dismissal without prejudice and for judgment in the event defendant ARC defaults under the settlement agreement, hereby orders that the stipulation is approved.

JS-6

DATED: April 16, 2013  _____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE